UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 3:14-bk-005810-PMG |
| | ) | CHAPTER 13 |
| GLENWOOD HUFF | ) | |
| EMILY A. HUFF | ) | |
| Debtor(s). | ) | |

## AMENDED CHAPTER 13 PLAN

The Debtors submits the following Amended Chapter 13 Plan:

1.  The future earnings of the Debtors are submitted to the control and supervision of the Trustee, and the Debtors shall pay to the Trustee the sum **$827.23** per month in months ONE (1) through SIX (6); **$837.97** per month in months SEVEN (7) through EIGHT (8); and **$1,241.43** per month in month NINE (9) through SIXTY (60) for a total Plan period of sixty (60) months.

2.  From the payments so received, the Trustee shall make disbursements as follows:

    A.  **PRIORITY CLAIMS**
        (1)  The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of ten percent (10%) of the amount of all payments under the plan.
        (2)  The Debtor(s) owe **$1,564.00** in unpaid attorney's fees. The Trustee shall pay the order of Parker & DuFresne, P.A. **$275.00** per month in the month's one (1) through five (5); and **$189.00** in month six (6); until paid in full.

    B.  **SECURED CLAIMS**
        (1)  **360 MORTGAGE GROUP, LLC.** holds a first mortgage on the Debtor(s)' real property located at 2610 Sandlewood Circle, Orange Park, Florida 32065. This Debtor is/Debtors are current with his/her/their payments to this creditor and shall continue to make the regular monthly payment of directly to the creditor **outside the plan**. The Trustee shall make no payments to this creditor.
        (2)  **US BANK** holds a first mortgage on the Debtor(s)' real property/mobile home located at 23678 Christmas Cemetary Road, Christmas, Florida 32709. This Debtor is/Debtors are current with his/her/their payments to this creditor and shall continue to make the regular monthly payment of directly to the creditor **outside the plan**. The Trustee shall make no payments to this creditor.
        (3)  **VYSTAR CREDIT UNION** holds a perfected lien on the Debtors' 2013 Jeep Wrangler Sahara in the amount of $26,178.30. The Debtors has a previously arranged ACH withdrawal contract with this Creditor and is current with the payments to this creditor. The Debtor shall continue to make the regular monthly payment to this creditor via the previously arranged ACH withdrawal **outside the plan**. The Trustee shall make no payments to this creditor.
        (4)  **SUNTRUST BANK CENTRAL FL** holds a perfected lien on the Debtors' 2010 Cadillac SRX in the amount of **$28,757.37**. The Trustee shall pay this secured claim at the current contract rate of **$469.50** per month in months one (1) through sixty (60). This includes the contract terms and interest rate. Any remaining balance due after discharge of the

Debtor's Chapter 13 bankruptcy will be paid direct to the creditor per the contract terms, until paid in full. This claim is not subject to discharge.

    C.    **UNSECURED CLAIMS** Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been avoided and who timely file proofs of claim shall receive distribution pro-rata. The Trustee shall distribute pro-rata among those unsecured creditors whose claims are filed and allowed any funds remaining after paying priority and secured claims a total of $34,339.90 with monthly payments of **$86.00** per month in months six (6); **$284.67** per month in months seven (7) through eight (8); and **$647.78** per month in months nine (9) through sixty (60). Any claims filed after the proof of claims deadline shall receive no distribution under this plan unless specifically provided for above.

3.    **EXECUTORY CONTRACTS** The Debtor(s) **does not reject** any executory contracts.

4.    **VESTING** Title to all property of the estate shall revest in the Debtor(s) upon confirmation of this plan.

5.    **RETENTION OF LIEN** Secured creditors shall retain their liens until the allowed secured claim is paid in full.

6.    **INSURANCE** Debtor(s) shall keep the collateral which secures any debt paid under this plan insured as provided for in the agreement between the Debtor(s) and creditor.

7.    **CONFIRMATION OF THE PLAN** shall impose an affirmative duty on the holders and/or servicers of any claims secured by liens, mortgages, and/or deeds of trust on the principal residence of the Debtor(s) to do all of the following:

    A.    To apply the payments received from the Trustee on the prepetition arrearages, if any, only to such arrearages. For purposes of this Plan the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this case.

    B.    To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default or defaults.

    C.    To apply the direct post-petition monthly mortgage payments paid by the Trustee or by the Debtor(s) to the month in which each payment was designated to be made under the plan or directly by the Debtor(s), whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance, or similar account.

    D.    Any post-petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the Debtor(s)' completion of the Plan, unless specifically provided for in the Confirmation Order, or by further order of the Court on motion filed prior to completion of the Plan.

**DATED** August 10, 2015.        **PARKER & DUFRESNE, P.A.**

        */s/ DONALD M. DUFRESNE*

        _____
        DONALD M. DUFRESNE
        Fla Bar #802778
        8777 San Jose Blvd., #301
        Jacksonville, FL 32217
        (904) 733-7766; Fax: (904) 733-2919
        bankruptcyservice@jaxlawcenter.com
        Attorney for Debtor(s)